**KARL STORZ GMBH &
CO. KG, Appellant,**

v.

**BAUSCH & LOMB INCORPORATED,**
Appellee.

No. 2008–1558.

United States Court of Appeals,
Federal Circuit.

June 9, 2009.

Floyd A. Mandell, Jenny Louise Johnson, Cathay Y.N. Smith, Katten Muchin Rosenman, LLP, Chicago, IL, for Appellee.

**580**

Wesley W. Whitmyer, Jr., Andy I. Corea, St. Onge Steward Johnston, Stamford, CT, for Appellant.

ON MOTION

*ORDER*

Upon consideration of the joint motion to dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.